

FILED

06/06/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0674

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0674

FILED

JUN 0 6 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

THE ESTATE OF FLORENCE TOSCH,

Plaintiff and Appellee,

v.

EDWARD KAHLE and CATHERINE KAHLE,

Defendants and Appellants.

ORDER

On November 28, 2022, Appellants Edward Kahle and Catherine Kahle filed a Notice of Appeal in this matter. In that Notice, they asserted that transcripts had been ordered in accordance with M. R. App. P. 8(3). They further filed a Notice of Transcript Deemed Necessary for Appeal in which they asserted that arrangements for ordering and paying for the necessary transcripts had been undertaken. Under M. R. App. P. 9(1), the record on appeal, including necessary transcripts, shall be transmitted to this Court within 40 days unless certain conditions are met. On December 27, 2022, the Nineteenth Judicial District Court, Lincoln County, granted court reporter Debra S. Kambel until February 24, 2023, to file the transcripts.

On April 26, 2023, having received no transcripts nor requests for extension of time, this Court ordered Appellants to file a report on the status of this appeal on or before May 26, 2023. Appellants have not filed a status report nor have any other filings been made in this appeal.

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE.

The Clerk is directed to provide a copy of this Order to Appellants and to all counsel of record.

DATED this 6 day of June, 2023.

_____
Chief Justice

_____

_____

_____

_____
                 Justices